UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| LaVAR CLINTON AIKENS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 18-3398-CV-S-RK-P ) |
| JEFF NORMAN, et al., | ) ) |
| Defendants. | ) |

## ORDER DISMISSING CASE

This is a civil rights case filed *pro se* pursuant to 42 U.S.C. § 1983. Doc. 1, p. 1 (complaint). Plaintiff's claims arose during his incarceration at the South Central Correctional Center (SCCC) in Licking, Missouri. *Id.* Essentially, Plaintiff claims that the remaining Defendants, who were involved in Plaintiff's health care, denied him a C-pap machine and certain medications for improper reasons. *See* Doc. 22, pp. 14, 16-20 (Plaintiff's clarification of claims).

The remaining Defendants have filed a motion for summary judgment and suggestions in support of the motion. Docs. 65, 66. Plaintiff's suggestions in opposition to the motion for summary judgment were due by January 31, 2020, Doc. 67 (order), but, as of today's date, he has filed none. The Court must grant Defendants' motion for summary judgment if there is no genuine issue as to any material fact and they are entitled to judgment as a matter of law. Federal Rule of Civil Procedure 56(a). In applying this standard, the Court must "view the facts and the inferences to be drawn from them in the light most favorable to [Plaintiff]." *Dulany v. Carnahan*, 132 F.3d 1234, 1237 (8th Cir. 1997) (citation omitted).

The remaining Defendants have filed evidence which shows that they did not deny Plaintiff

a C-pap machine or medications for improper reasons.  *See* Doc. 66-1 (declaration of Defendant Dr. Chada); Doc. 66-2 (Plaintiff's medical records).  Plaintiff has filed no evidence to the contrary.  Based on the record, the Court finds that there is no unresolved, genuine issue of material fact as to Plaintiff's claims against the remaining Defendants, and that the remaining Defendants are entitled to judgment as a matter of law.

Therefore, Defendants' motion for summary judgment (Doc. 65) is granted, and this case is dismissed.  Plaintiff is cautioned that his filing of a notice of appeal will result in imposition of appellate filing fees of $505.00.  *See Henderson v. Norris*, 129 F.3d 481, 483 (8th Cir. 1997). The Clerk of the Court shall enter judgment accordingly.

So **ORDERED**.

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK
UNITED STATES DISTRICT JUDGE

Kansas City, Missouri,

Dated: <u>April 8, 2020</u>.