# JUDGMENT IN A CIVIL CASE

LaVAR CLINTON AIKENS,

    Plaintiff,

    V.                            Case No. 18-3398-CV-S-RK-P

JEFF NORMAN, et al.,

    Defendants.

☐    **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■    **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: ORDERED that Defendants' motion for summary judgment (Doc. 65) is granted, and this case is dismissed. Plaintiff is cautioned that his filing of a notice of appeal will result in imposition of appellate filing fees of $505.00.

Entered on:  April 8, 2020.

                                                  PAIGE WYMORE-WYNN
                                                  CLERK OF COURT

                                                  /s/ C. Davies
                                                  (By) Deputy Clerk